**IT IS ORDERED as set forth below:**



Date: July 1, 2019

_____Susan D. Barrett_____
United States Bankruptcy Judge
Southern District of Georgia

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISON

| | |
|---|---|
| GERALD HENDERSON<br>TIFFANY FLOURNOY<br>DEBTORS, | ) CHAPTER 7<br>) CASE NO. 19-10015<br>)<br>)<br>)<br>) |

ORDER

Notice having been given and no objections having been filed,

IT IS HEREBY ORDERED that the Debtor be allowed to redeem the property described as: Headphones, Purse, Tote and Atlas hdgn by paying the creditor, Army & Air Force Exchanged SVC- Military Star the sum of $175.00 within ten (10) days of the entry of this Order, and finding that the remainder of the claim of said creditor is a dischargeable consumer debt.

[END OF DOCUMENT]

Submitted by:
/s/Lauminnia F. Nivens
Lauminnia F. Nivens
GSB#544710
1101 1 Street
Augusta, GA 30901
706-432-0997
706-432-0071 (fax)